[Nos. 5823, 5904.]

## ESTATE OF JARED RUNYON.

PROBATE—SETTLEMENT OF ACCOUNT.—Where it appears that, by reason of irregularities in the proceedings, parties in interest have not been heard in the settlement of the annual account of an administrator, the cause will be remanded for further proceedings.

APPEAL from the Probate Court of Sacramento County.

It appears from the affidavits in the records that there was dissatisfaction on the part of some of the legatees with the annual account of the executrix; but the account was presented to the Court in the absence of counsel for the contestants, and with the statement that it was satisfactory to all interested, and that due notice had been given. Under this belief, the Court made a decree allowing and settling the account. The contestants appealed.

*Benj. Bullard, Jr., J. W. Armstrong*, and *Add. C. Hinckson*, for Appellants.

*A. C. Freeman* and *Henry Starr*, for Respondent.

By the COURT:

It appears by the record in each of these causes that, by reason of irregularities occurring in the proceedings had below, the parties have not been heard, and no proper settlement of the accounts has been had; and in each case the order must be reversed and the cause remanded. Remittitur forthwith.